```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| IUOE LOCAL 825 PENSION FUND | § | |
| | § | |
| v. | § | CIVIL ACTION NO.4:10-CV-035-Y |
| | § | [EVEN DOCKET LAW CLERK] |
| ALCON, INC., ET AL. | § | |

<u>ORDER GRANTING MOTION TO TRANSFER VENUE</u>

Before the Court is Plaintiff's Unopposed Motion for Transfer of Venue (doc. #24). In the motion, Plaintiff explains that this is one of several suits that were filed near the same time related to the announcement by Novartis AG that it planned to purchase shares of Alcon, Inc., and thereafter to merge with Alcon. Several of these actions have been consolidated in the United States District Court for the Southern District of New York under the style *In re Alcon Shareholder Litigation*, No. 1:10-CV-00139. Plaintiffs now seek transfer of this case to the Southern District of New York to be consolidated with that action. Each defendant that has been served and answered has agreed to the transfer.

Accordingly, the Court GRANTS the motion. The above-styled and -numbered cause is hereby TRANSFERRED to the Southern District of New York for possible consolidation with the action pending there.

SIGNED June 17, 2010.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE