

**Fw: Transferred case has been opened  4:10-cv-00035**
InterDistrictTransfer TXND    to: fortworth orders         06/21/2010 05:10 PM
Sent by:  David Hunter

Please docket acknowledgement

Thanks,

Dave

Operations Assistance Team
214-753-2240

----- Forwarded by David Hunter/TXND/05/USCOURTS on 06/21/2010 05:09 PM -----

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| To: | InterDistrictTransfer_TXND@txnd.uscourts.gov |
| Date: | 06/21/2010 11:05 AM |
| Subject: | Transferred case has been opened |

```
CASE: 4:10-cv-00035

DETAILS: Case transferred from Texas Northern
has been opened in United States District Court for the Southern District of
New York
as case 1:10-cv-04770, filed 06/18/2010.
```